IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


BRIGITTA BRANNON                  )
                                  )     No. 3-12-0897
v.                                )
                                  )
VANDERBILT UNIVERSITY (THE)       )


O R D E R

The plaintiff's motion to extend deadline to amend complaint (Docket Entry No. 9) is GRANTED.

The December 17, 2012, deadline for filing any motions to amend the pleadings is extended to January 17, 2013.

In all other respects, the orders entered October 17, 2012 (Docket Entry Nos. 7-8), remain in full force and effect.

It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge